<table>
<tr><td>

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

</td><td>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020

</td></tr>
</table>

UNITED STATES OF AMERICA,
    Plaintiff,

v.

M. KLAHR, INC., *et al.*,
    Defendants.

Case No.: 1:20-mc-544
(originally Civil Action No. 62 Civ. 1576)

### ORDER TERMINATING FINAL JUDGMENT

The Court, having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: November 25, 2020

_____
GREGORY H. WOODS
United States District Judge