```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
                        Plaintiff, :   1:20-mc-00544-GHW
 :
          -v - :   ORDER
 :
M. KLAHR, INC. *et al.*, :
 :
                      Defendants. :
 :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On November 24, 2020, Plaintiff initiated this action and moved to terminate the judgment in Civil Action No. 62 Civ. 1576, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Dkt. No. 1. On November 25, 2020, the Court granted Plaintiff's motion.

Therefore, the Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: November 27, 2020

                                                              _____
                                                                 GREGORY H. WOODS
                                                             United States District Judge